IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK D. STEED, | No. C 12-3423 CW (PR) |
|     Petitioner, | |
|   v. | JUDGMENT |
| T. KING, Associate Warden, et al., | |
|     Respondents. | |

For the reasons discussed in the Court's Order of today's date, a judgment dismissing the above-titled action without prejudice is hereby entered.

The Clerk of the Court shall close the file.

IT IS SO ORDERED.

Dated: 9/5/2012

                          CLAUDIA WILKEN
                          UNITED STATES DISTRICT JUDGE